IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 05-172 |
| v. ) | **Electronically Filed** |
| ) | |
| JOSEPH DEES ) | |

### Order of Court

      On September 26, 2005, defendant filed a motion in limine to compel the government to provide defendant with a statement of uncharged misconduct evidence (doc. no. 19) which the government intends to use under Federal Rules of Evidence 404(b) and 609.  Defendant seeks disclosure of the nature, dates and places of any criminal offenses or prior bad acts the government intends to use against defendant.  The government provided that information in its response (doc. no. 21), and this motion is, therefore, **DENIED AS MOOT**.

      SO ORDERED this 23rd day of November, 2005.

      s/Arthur J. Schwab
      Arthur J. Schwab
      United States District Judge

cc:    All counsel of record as listed below

Brendan T. Conway
United States Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219
brendan.conway@usdoj.gov

Linda E.J. Cohn, Esquire
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3716
linda_cohn@fd.org

Case 2:05-cr-00172-AJS   Document 22   Filed 11/23/05   Page 2 of 2